# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV527

| | |
|---|---|
| SUSAN CAROL YANKE,<br>      Plaintiff<br><br>vs.<br><br>MUELLER DIE CAST SOLUTIONS,<br>INC.,<br>      Defendant. | <u>**ORDER**</u> |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff's Motion for a Pretrial Hearing" (Document No. 46), filed June 1, 2005 by Susan Carol Yanke, and in preliminary response to the "Pro Se Plaintiff's Motion to Compel ..." (Document No. 41), filed April 18, 2005 by Ms. Yanke, and the "Defendant Mueller Die Cut Solutions, Inc.'s Response ... and Motion to Compel Plaintiff to Produce ... " (Document No. 48), filed June 7, 2005 by Mueller Die Cut Solutions, Inc. ("Mueller"). After careful consideration, and believing that a motions hearing will help to resolve the issues presented by the parties, the undersigned will grant the Motion for Pretrial Hearing. In doing so, the Court makes no comment on the merits of the allegations made by Ms. Yanke against Mueller in the Motion for Pretrial Hearing.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion for a Pretrial Hearing" (Document No. 46) is **GRANTED**.

**IT IS FURTHER ORDERED** that a hearing on the "Pro Se Plaintiff's Motion to Compel ..." (Document No. 41) and the "Defendant Mueller Die Cut Solutions, Inc.'s Response ... and Motion to Compel Plaintiff to Produce ... " (Document No. 48) shall be held in front of the

undersigned on **Wednesday, July 13, 2005**.  The parties will be contacted by the Court with respect to the time of such hearing.

**Signed: June 15, 2005**

_____
David C. Keesler
United States Magistrate Judge