**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO: 3:03CV527**

| | | |
|---|---|---|
| **SUSAN CAROL YANKE,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | ——— |
| **MUELLER DIE CAST SOLUTIONS,** | ) | |
| **INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

    **THIS MATTER IS BEFORE THE COURT** on the "Pro Se Plaintiff's Motion to Compel Defendant Mueller Die Cut Solutions to Fully Comply With Plaintiff's Request for Documents and Interogatory (sic) Questions" ("Plaintiff's Motion to Compel") (Document No. 41), filed April 18, 2005 by Susan Carol Yanke; the "Supplement to Pro Se Plaintiff's Motion to Compel" (Document No. 43), filed April 25, 2005 by Ms. Yanke; the "Defendant's Response to Pro Se Plaintiff's Motion to Compel" (Document No. 44), filed May 2, 2005 by Mueller Die Cast Solutions, Inc. ("Mueller Die Cast"); the "Defendant ... Response to Plaintiff's Motion for a Pretrial Hearing and Motion to Compel Plaintiff to Produce Documents and Answer Interrogatories ..." ("Defendant's Motion to Compel and to Extend Deadline") (Document No. 48), filed June 7, 2005 by Mueller Die Cast; and the "Pro Se Plaintiff's Reply and Response ..." (Document No. 51), filed June 14, 2005 by Ms. Yanke.

    For the reasons set forth in the hearing held Wednesday, July 13, 2005,  the undersigned will deny the Plaintiff's Motion to Compel.  The undersigned will grant in part and deny in part the Defendant's Motion to Compel and to Extend Deadline.

**IT IS, THEREFORE, ORDERED** that

1.	The "Pro Se Plaintiff's Motion to Compel Defendant Mueller Die Cut Solutions to Fully Comply With Plaintiff's Request for Documents and Interogatory (sic) Questions" (Document No. 41) is **DENIED**;

2.	The "Defendant ... Response to Plaintiff's Motion for a Pretrial Hearing and Motion to Compel Plaintiff to Produce Documents and Answer Interrogatories ..." (Document No. 48) is **GRANTED IN PART AND DENIED IN PART**; that is, the portion of the Motion to Compel referring to the employee handbook is denied as moot, but the remainder of the Motion to Compel is granted;

3.	The Pretrial Order and Case Management Plan, entered October 25, 2004 by the Honorable H. Brent McKnight, is amended as follows:  Mediation shall be completed with the filing of a report with the results on or before **September 1, 2005**.  The undersigned will not rule upon any pending dispositive motions until after the report has been filed.

**Signed: July 13, 2005**

David C. Keesler
United States Magistrate Judge