# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV527

| | |
|---|---|
| SUSAN CAROL YANKE,<br>   Plaintiff | )<br>)<br>) |
| vs. | )   **ORDER**<br>) |
| MUELLER DIE CAST SOLUTIONS,<br>INC.,<br>   Defendant. | )<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** with respect to the trial date in the above-titled action. In order for the undersigned to have sufficient time to consider the pending motion for summary judgment, the trial date must be moved.

**IT IS, THEREFORE, ORDERED** that this case is continued to the **February 20, 2006** term of court.

**Signed: September 7, 2005**

_____
David C. Keesler
United States Magistrate Judge