# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV527

| | |
|---|---|
| SUSAN CAROL YANKE,<br>    Plaintiff<br><br>vs.<br><br>MUELLER DIE CAST SOLUTIONS,<br>INC.,<br>    Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion with respect to the trial date in the above-titled action. In order for the undersigned to have sufficient time to consider the pending motion for summary judgment, the trial date must be moved.

**IT IS, THEREFORE, ORDERED** that this case is continued to the **October 30, 2006** term of court.

Signed: April 5, 2006

David C. Keesler
United States Magistrate Judge