# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:03CV527

| | |
|---|---|
| SUSAN CAROL YANKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MUELLER DIE CUT SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The trial date in the above-titled action is currently set for **October 30, 2006**. In order to allow sufficient time for the undersigned to consider the pending summary judgment motion, the trial date must be moved.

**IT IS, THEREFORE, ORDERED** that this case is continued to the **May 14, 2007** term of court.

**IT IS FURTHER ORDERED** that the parties appear before the undersigned on **December 5, 2006** for a hearing on the merits of the pending summary judgment motion. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: October 2, 2006

David C. Keesler
United States Magistrate Judge