**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:03CV527**

| | | |
|---|---|---|
| **SUSAN CAROL YANKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MUELLER DIE CUT SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Pro Se Plaintiff's Rebuttal and Petition for Reconsideration of Material Facts Relating to Claims of FMLA Denial and Wrongful Termination ("Motion to Reconsider") (Document #101) filed by the Plaintiff, Susan Carol Yanke, on December 14, 2006. The undersigned has carefully reviewed the Plaintiff's motion in light of the entire record in the case, and the Court in its discretion will **DENY** the motion. For the sake of clarity, the Court still has under consideration the Defendant's motion for summary judgment as it pertains to the issues of general and sexual harassment.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Reconsider is hereby **DENIED.**

Signed: February 7, 2007

_____

David C. Keesler
United States Magistrate Judge